Kevin Todd Hardin

TDCJ No. 01920319; Mark W. Michael Unit

2664 FM 2054, Tennessee Colony, Texas 75886-5000


September 8, 2015


Court Clerk
Court of Criminal Appeals of Texas
Post Office Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

RE: Kevin Todd Hardin v. The State of Texas
Case No. PD-0422-15

Dear Hon. Clerk:

I am writing to request the status of the above-referenced case.

The Petition for Discretionary Review was filed with this Court on May 4, 2015. I received a copy of the letter from the District Attorney's Office to this Court, designating Gary W. Bunyard as Lead Counsel for the State. I have not received any other correspondence concerning this case.

It has been more than 90 days since I last heard anything concerning this case. Please notify me of the status of the case at the address above.

Thank you for your assistance in this matter. I look forward to your response.

Sincerely,

KEVIN TODD HARDIN
PETITIONER/APPELLANT


Cc: File